UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE BOBE-MUNIZ
   Plaintiff

       v.                  Civil No. 96-2248(SEC)

CARIBBEAN RESTAURANTS, INC.
   Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket #33<br>Motion Requesting Issuance of Order | **GRANTED.** The Court hereby takes notice of the "Judgment Payment Agreement" signed by the parties, and hereby approves the same. |

DATE: November 30TH, 2000

_____
SALVADOR E. CASELLAS
United States District Judge

s/c: Caps/Medina
Ugdavinis 12/4/00