AO 133
(Rev 7/82)

# BILL OF COSTS

**United States District Court**  DISTRICT  PUERTO RICO

JOSE BOBE-MUÑIZ

v.

CARIBBEAN RESTAURANTS, INC.

DOCKET NO. 96-2248 (SEC)

MAGISTRATE CASE NO.

Judgment having been entered in the above entitled action on **March 16, 1998** against José Bobe-Muñiz the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemized on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in case | 180.00 ✓ |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs incident to taking of depositions (see attached) | 1,054.70 |
| Costs as shown on Mandate of Court of Appeals | |
| Other costs (Please itemize) (Interpreter's Services for Deposition) | 600.00 |
| (Certified Translations) | 200.00 |
| (Notaril Expenses (Notary Public before whom Depositions Oaths were made) | 54.00 |
| (Messenger Delivery) | ~~135.85~~ |
| **TOTAL** | **$ 2,224.55** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: George Uzdavinis-Vélez, Pablo Casals St. No. 127, Suite 102, Mayaguez, PR 00680.

SIGNATURE OF ATTORNEY

FOR: Caribbean Restaurants, Inc.    DATE **March 25, 1998**

Name of claiming party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:

DATE AND TIME

Costs are hereby taxed in the following amount and included in the judgment:   AMOUNT TAXED $ 2088.70

CLERK OF COURT: **FRANCES RIOS DE MORAN**   (BY) DEPUTY CLERK   DATE 7/18/01